IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KEITH B. BROWN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                          CASE NO. 1D15-0907

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed April 8, 2015.

Petition for Writ of Prohibition -- Original Jurisdiction.

Keith B. Brown, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

ROWE, MARSTILLER, and MAKAR, JJ., CONCUR.